

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | February 10, 2025 |
| U.S. v. JACOB SMITH<br>4:25MJ3028 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEBRASKA | Julie Mruz, AUSA |

Be advised that the above-named Defendant is now in custody. You may unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐ Unseal the Indictment and any underlying Magistrate Case

☐ Unseal the Magistrate Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☒ Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain **Restricted**